UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
August 24, 2017
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:17-CR-00149-TLN-3 |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| OSCAR RODRIGUEZ, ) | |
| Defendant. ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>OSCAR RODRIGURZ</u>, Case No. <u>2:17-CR-00149-TLN-3</u>, Charge <u>Title 21 USC §§ 841(a)(1); 846</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __     Release on Personal Recognizance

    ✔     Bail Posted in the Sum of $ <u>45,000.00 (co-signed)</u>

            __     Unsecured Appearance Bond

            __     Appearance Bond with 10% Deposit

            __     Appearance Bond with Surety

    ✔     (Other)     <u>with pretrial supervision and conditions of release as stated on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>August 24, 2017</u> at <u>2:55</u> <u>pm</u>.

By /s/ Deborah Barnes
Deborah Barnes
United States Magistrate Judge