PHILLIP A. TALBERT
Acting United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RIGOBERTO NUNEZ,<br>OSCAR ANDRADE,<br>OSCAR RODRIGUEZ,<br><br>Defendants. | CASE NO.  2:17-CR-149-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: July 29, 2021<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

1.      By previous order, this matter was set for status on July 29, 2021.

2.      By this stipulation, counsel for Defendant Oscar Rodriguez now moves to continue the status conference until September 30, 2021, and to exclude time between July 29, 2021, and September 30, 2021, under Local Codes T4 and M.   Defendant Rigoberto Nunez has requested a hearing for a change of plea on the existing date of July 29, 2021.  Defendant Oscar Andrade has already pleaded guilty in this case and been sentenced.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      At the time of writing, Oscar Rodriguez' whereabouts remain unknown, despite the exercise of due diligence.  The parties therefore ask that the Court find that Mr. Rodriguez is currently unavailable for the purposes of computing time for this defendant under the Speedy

1   Trial Act. 18 U.S.C. § 3161(h)(3)(A) & (B).

2          b)      In addition, counsel for Mr. Rodriguez continues to conduct investigation, review

3   discovery the government has produced, and negotiate with the government.  Counsel for

4   Mr. Rodriguez desires additional time to continue to conduct investigation, and to otherwise

5   prepare for trial.  Counsel believes that failure to grant the above-requested continuance would

6   deny them the reasonable time necessary for effective preparation, taking into account the

7   exercise of due diligence.

8          c)      The government does not object to the continuance on either basis.

9          d)      Based on the above-stated findings, the ends of justice served by continuing the

10  case as requested outweigh the interest of the public and the defendant in a trial within the

11  original date prescribed by the Speedy Trial Act.

12         e)      For the purpose of computing time under the Speedy Trial Act, within which trial

13  must commence, the time period of July 29, 2021 to September 30, 2021, inclusive, is deemed

14  excludable pursuant to 18 U.S.C.§ 3161(h)(3)(A) & (B) [Local Code M] because the defendant

15  is unavailable.

16         f)      In addition, the time period of July 29, 2021 to September 30, 2021, inclusive, is

17  also deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it

18  results from a continuance granted by the Court at defendant's request on the basis of the Court's

19  finding that the ends of justice served by taking such action outweigh the best interest of the

20  public and the defendant in a speedy trial.

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

1    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2    Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3    must commence.

4    IT IS SO STIPULATED.

5    Dated:  July 27, 2021                        PHILLIP A. TALBERT
                                                   Acting United States Attorney
6
                                                   /s/ JAMES R. CONOLLY
7                                                  JAMES R. CONOLLY
                                                   Assistant United States Attorney
8

9
10   Dated:  July 27, 2021                        /s/ DAVID D. FISCHER
                                                   DAVID D. FISCHER
11                                                 Counsel for Defendant
                                                   OSCAR RODRIGUEZ
12

13                               **FINDINGS AND ORDER**

14   IT IS SO FOUND AND ORDERED this 27th day of July, 2021.

15

16

17

18                                                 Troy L. Nunley
                                                   United States District Judge
19

20

21

22

23

24

25

26

27

28