PHILLIP A. TALBERT
Acting United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RIGOBERTO NUNEZ,<br>OSCAR ANDRADE,<br>OSCAR RODRIGUEZ,<br><br>Defendants. | CASE NO. 2:17-CR-149-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: September 30, 2021<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

1. By previous order, this matter was set for status on September 30, 2021.

2. By this stipulation, counsel for Defendant Oscar Rodriguez now moves to continue the status conference until November 4, 2021, at 9:30 a.m., and to exclude time between September 30, 2021, and November 4, 2021, under Local Codes T4 and M. Defendant Rigoberto Nunez has pleaded guilty in this matter and is awaiting sentencing. Defendant Oscar Andrade has pleaded guilty and been sentenced.

3. The parties agree and stipulate, and request that the Court find the following:

   a) At the time of writing, Oscar Rodriguez' whereabouts remain unknown, despite the exercise of due diligence. The parties therefore ask that the Court find that Mr. Rodriguez is currently unavailable for the purposes of computing time for this defendant under the Speedy

1  Trial Act. 18 U.S.C. § 3161(h)(3)(A) & (B).

2        b)      In addition, counsel for Mr. Rodriguez continues to conduct investigation, review discovery the government has produced, and negotiate with the government.  Counsel for Mr. Rodriguez desires additional time to continue to conduct investigation, and to otherwise prepare for trial.  Counsel believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      c)      The government does not object to the continuance on either basis.

      d)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      e)      For the purpose of computing time under the Speedy Trial Act, within which trial must commence, the time period of September 30, 2021 to November 4, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(3)(A) & (B) [Local Code M] because the defendant is unavailable.

      f)      In addition, the time period of September 30, 2021 to November 4, 2021, inclusive, is also deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

///

4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  September 28, 2021

PHILLIP A. TALBERT
Acting United States Attorney

/s/ JAMES R. CONOLLY
JAMES R. CONOLLY
Assistant United States Attorney

Dated:  September 28, 2021

/s/ DAVID D. FISCHER
DAVID D. FISCHER
Counsel for Defendant
OSCAR RODRIGUEZ

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 28th day of September, 2021.

Troy L. Nunley
United States District Judge