PHILLIP A. TALBERT
Acting United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>RIGOBERTO NUNEZ,<br>OSCAR ANDRADE,<br>OSCAR RODRIGUEZ,<br><br>            Defendants. | CASE NO. 2:17-CR-149-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: November 4, 2021<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

1. By previous order, this matter was set for status on November 4, 2021.

2. By this stipulation, counsel for Defendant Oscar Rodriguez, the only defendant in this matter who has not pleaded guilty, now moves to continue the status conference until December 2, 2021, at 9:30 a.m., and to exclude time between November 4, 2021, and December 2, 2021, under Local Code M. Defendant Rigoberto Nunez has pleaded guilty in this matter and is awaiting sentencing. Defendant Oscar Andrade has pleaded guilty and been sentenced.

3. The parties agree and stipulate, and request that the Court find the following:

    a) At the time of writing, Oscar Rodriguez' whereabouts remain unknown, despite the exercise of due diligence. The parties therefore ask that the Court find that Mr. Rodriguez is currently unavailable for the purposes of computing time for this defendant under the Speedy

Trial Act. 18 U.S.C. § 3161(h)(3)(A) & (B).

        b)      In the event that Mr. Rodriguez' whereabouts do not become known between now and the next status conference, defense counsel will so inform the Court and will file any motions necessary.

        c)      The government does not object to the continuance on this basis.

        d)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act. For the purpose of computing time under the Speedy Trial Act, within which trial must commence, the time period of November 4, 2021 to December 2, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(3)(A) & (B) [Local Code M] because the defendant is unavailable.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: November 2, 2021

PHILLIP A. TALBERT
Acting United States Attorney

/s/ JAMES R. CONOLLY
JAMES R. CONOLLY
Assistant United States Attorney

Dated: November 2, 2021

/s/ DAVID D. FISCHER
DAVID D. FISCHER
Counsel for Defendant
OSCAR RODRIGUEZ

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 2nd day of November, 2021.

Troy L. Nunley
United States District Judge